# EXHIBIT 1



EXECUTIVE OVERVIEW

# SWIFTARC VENTURES

AN EARLY AND GROWTH-STAGE VENTURE CAPITAL FIRM FOCUSED ON IDENTIFYING, CURATING, AND DEVELOPING THE NEXT GENERATION OF DISRUPTIVE CONSUMER BRANDS IN THE CONSUMER & HEALTHCARE SECTORS.



# Overview

**Swiftarc Ventures** is an early and growth stage Venture Capital Firm with a focus on the Consumer and Healthcare sectors. Founded in 2019 by Frank Krasovec, Zohar Ziv, and Sid Jawahar, the firm is operated by a team with decades of combined experience in investing, growing, and monetizing through public and private markets.

Today, the firm is an experienced team of investment and operating professionals that possess a diverse set of skills and viewpoints. Led by Swiftarc's General Partners, our team is continuously cultivating a deep network of relationships.

## Venture Fund LP/Partners

Fund Size: $100MM
Fund Type: Growth-Equity
Investment Focus: CPG, Apparel, Health & Wellness, Food & Bev., Consumer Tech.
Portfolio: Domino's China, Top Golf China and Southeast Asia, Uber, Texas Fresh, Texas Capital Precast, Planet Fitness, Stubbs BBQ, Capriotti's Sandwich Shop, FIGS

## Venture Labs Fund LP

Fund Size: $25MM
Fund Type: Early-Stage
Investment Focus: Consumer Tech., Routine-Driven Wellness, Food Sustainability
Portfolio: R-Zero Systems, Shine Bathroom, Artiphon, Barcode*

## Telehealth Fund LP

Fund Size: $75MM
Fund Type: Telehealth
Investment Focus: Digital Health, Enterprise Telehealth
Portfolio: Intellihealth, Medaptive Health*, Anytime Pediatrics*, Cura*

## Beauty Fund LP

Fund Size: $10MM
Fund Type: Beauty & Wellness
Investment Focus: Women-led Companies Within Clean & Science-Backed, Inclusive Brands
Portfolio: Alleyoop, Pause Well-Aging, Thirteen Lune, Earth Science Naturals, Glowbar*

**Prospective Investments*

# Why Swiftarc?

## PROVEN VALUE CREATORS

Swiftarc's management brings decades of investing growing, and monetizing through public and private markets. They have created, scaled, and/or invested in well-known consumer brands:

- **Norwood Promotional Products:** Built the company over 2 decades to $450MM in revenues. Took the company public in the 1990s.
- **Deckers Brands:** Assisted in building the company from $250MM to about $2BN in 9 years. Also, responsible for the acquisition of the Hoka brand that grew from $2MM to $850MM in 9 years.
- **Dash Brands:** Co-founded and scaled to over 400-locations the China master franchisee of Domino's Pizza in 9 years. Company is planning to go public next year.
- **Top Golf China:** Co-Founder and active board member. Also responsible for the company's growth in the country.
- **Procter & Gamble:** Led growth strategy for Ariel Fabric Care in Latin America, growing sales from $600MM to $960MM over 5 years.
- **Revlon:** Led Revlon's $500MM global Professional Business, delivering double-digit growth. Also incubated and helped launch Dermafacs (skin repair and acne treatment brand), achieving $800K revenue in first year.

Successful partner deals include:

- **Uber:** Equity Round, 2019 IPO
- **Stubb's BBQ:** Equity Round, 2015 exit to McCormick for $100MM
- **Planet Fitness:** Equity Round, 2020 exit to private equity firm

## ESTABLISHED NETWORK

Swiftarc's team comprises an extensive network within the startup and venture ecosystem, providing key connections to founders, successful consumer startups, industry experts, and investors:

**Startup Ecosystem**

Uber
allbirds
Outdoor Voices
TOPGOLF
SPACEX
STUBB'S
FIGS
GOAT

**Industry Ecosystem**

REVLON
P&G
ESTĒE LAUDER
Domino's Pizza 达美乐比萨
Tyson
DECKERS BRANDS

**Investor Ecosystem**

LERER HIPPEAU
FORERUNNER
tmv.
TEXASNEXT
NEA
SILAS CAPITAL
HANNAH GREY
maveron
GRACE
LEADEDGE
MAYWIC
Lightspeed
Beliade
GGV CAPITAL
DBC
GREYCROFT

## STRONG INITIAL RETURNS

Swiftarc's initial portfolio companies have already established **double-digit return multiples:**

**R-Zero**
Investment 1: Q1 2020, $5MM val.
Investment 2: Q2 2020, $45MM val.
*Latest Round: Series B, **$260MM val.***



**Shine Bathroom**
Investment: Q4 2020, $5MM val.
*Upcoming Round: **$35MM-$50MM val**.*



**Artiphon**
Investment: *Q4 2020, $24MM val.*
*Upcoming Round: **$40MM val.***



## DIVERSE & MULTI-FUNCTIONAL TEAM

Swiftarc's core team provides key multi-functional skills across 4 key divisions:

- **Investment:** A deal sourcing and analysis team with extensive startup and venture experience, from leading Y-Combinator companies to well-known funds.
- **Development**: A fundraising team with experience and expertise across high-net worth individuals (including professional athletes), family offices, and financial institutions.
- **Platform & Communications**: A team with seasoned communications, sales, and publishing expertise.
- **Operations**: A seasoned veteran of the venture capital and operations industry with over 13 years of experience leading teams on early-stage and later-stage consumer companies.



# Executive Management Team

The Swiftarc Ventures team combines over multiple decades of experience across the entire consumer & healthcare investment and executive spectrum, from growing pre-revenue concepts to managing operations for multi-billion dollar Fortune 500 companies.



**FRANK KRASOVEC**
CO-FOUNDER, GENERAL PARTNER, & EXEC. CHAIRMAN

**Frank Krasovec** is a Co-Founder, General Partner and Executive Chairman of Swiftarc and his advisory firm, Norwood Investments. Mr. Krasovec has co-founded, actively invested, and helped operationally scale 12 companies with successful monetizations including 7 IPO's over his career. He was also a co-founder in two successful venture firms in the early to mid 80's that went on to become Austin Ventures and Kirtland Capital. Currently, Frank serves as Chairman, Co-Founder and primary sponsor of Dash Brands, a major quick service restaurant platform in China, Hong Kong, and Macau that has distribution rights to Domino's Pizza across all of China.



**ZOHAR ZIV**
CO-FOUNDER, GENERAL PARTNER

**Zohar Ziv** is a Co-Founder and General Partner of Swiftarc, is an active angel investor and has over 25 years of executive management experience and a successful track record in growing companies across various environments, including large to small size and public and private companies, rapid growth, and managed over 25 M&A transactions. He served as COO of a $1.8BN footwear brand, CFO of public & private companies, co- founder and primary sponsor of Dash Brands in China, and a director & advisor to two private footwear, facial recognition & digital media firms.



**SID JAWAHAR**
FOUNDER & MANAGING PARTNER

**Sid Jawahar** is the Founder and Managing Partner of Swiftarc which focuses on the Consumer and Consumer Health Industries across different geographies and life cycles. Swiftarc's portfolio consists of fast-growing consumer businesses in local markets as well as within the following consumer staple categories: food retail, fast food, household products, fast-moving goods, and food and beverage.



**FABIAN URQUIJO**
PRESIDENT

**Fabian Urquijo** is President of Swiftarc Ventures and served as Global Chief Marketing Officer of the Professional Division and SVP, Marketing of the Portfolio Brands division at Revlon. He oversaw the Male Grooming, Professional Color Care, Professional & Consumer Nail Color & Care, Color Cosmetics, and Personal Care divisions. Prior to Revlon, Fabian was with Procter & Gamble for 19 years managing the Hair, Home, Health, Oral and Fabric Care divisions across Argentina, Venezuela, Panama, and the US.