# EXHIBIT 5

*FOR EXTERNAL DISTRIBUTION*

SWIFTARC
VENTURES

# Swiftarc Ventures, LLC

*Executive Overview*

*August 2021*

# Swiftarc Ventures, LLC - Executive Overview

**Swiftarc Ventures** is an early and growth stage Venture Capital firm with a focus on the Consumer and Healthcare sectors. Founded in 2019 by Frank Krasovec, Zohar Ziv, and Sid Jawahar, the firm is operated by a team with over 200 years of combined experience as seasoned consumer operators and investors across multiple sectors.

Today, the firm is an experienced team of investment and operating professionals that possess a diverse set of skills and viewpoints. Led by Swiftarc's General Partners, our team is continuously cultivating a deep network of relationships.

SWIFTARC

| VENTURES FUND LP | VENTURE LABS FUND LP | TELEHEALTH FUND LP | BEAUTY FUND LP | FOOD ACQUISITION CORP I |
|---|---|---|---|---|
| **$100MM Growth-Equity Fund** | **$50MM Early-Stage Fund** | **$50MM Telehealth Fund** | **$10MM Beauty Fund** | **$250MM Special Purpose Acquisition Company** |
| *CPG, Apparel, Beauty, Health & Wellness, Food & Beverage, Consumer Tech.* | *Consumer Tech., Routine-Driven Wellness, Food Sustainability* | *Digital Health, Enterprise Telehealth* | *Clean and Science-Backed, Inclusive Brands* | *Sustainable Foods and Circular Economy (Launches Q4 2021)* |

[redacted]

# Swiftarc Ventures, LLC - Executive Management



**Frank Krasovec**
Co-Founder,
General Partner, &
Exec. Chairman



**Zohar Ziv**
Co-Founder,
General Partner



**Sid Jawahar**
Founder &
Managing Partner



**Fabian Urquijo**
President

Frank is a Co-Founder and General Partner of Swiftarc and his advisory firm, Norwood Investments. In this role over 40 years, Frank developed, directed, and provided multiple key strategic relationships for companies in the United States, Europe and China. Currently Frank serves as Chairman and co-founder and primary sponsor of Dash Brands, a major quick service restaurant platform in China, Hong Kong, and Macau that has distribution rights to Domino's Pizza across all of China.

Zohar is a Co-Founder and General Partner of Swiftarc and has over 25 years of executive management experience and a track record across various environments, including large to small size and public and private companies, rapid growth, M&A and traditional businesses. He served as COO of a $1.8BN footwear brand, CFO of public & private companies, co-founder and primary sponsor of Dash Brands in China, and a director & advisor to two private footwear, facial recognition & digital media firms.

Sid is the Founder, Managing Partner & Chairman of the Swiftarc Group which focuses on the Consumer and Consumer Health Industries across different geographies and life cycles. He founded Swiftarc Ventures and serves as the Managing Partner of the Swiftarc Group. Swiftarc's portfolio consists of fast-growing consumer businesses in local markets as well as within the following consumer staple categories: food retail, fast food, household products, fast-moving goods, and food and beverage.

Fabian is President of Swiftarc Ventures and served as Global Chief Marketing Officer of the Professional Division and SVP, Marketing of the Portfolio Brands division at Revlon. He oversaw the Male Grooming, Professional Color Care, Professional & Consumer Nail Color & Care, Color Cosmetics, and Personal Care divisions. Prior to Revlon, Fabian was with Procter & Gamble for 19 years managing the Hair, Home, Health, Oral and Fabric Care divisions across Argentina, Venezuela, Panama, and the US.

# Swiftarc Ventures, LLC - Core Team

SWIFTARC

[redacted]



**Frank Krasovec**
Co-Founder,
General Partner,
& Exec. Chairman

Domino's



**Zohar Ziv**
Co-Founder,
General Partner

DECKERS BRANDS



**Sid Jawahar**
Founder &
Managing Partner

SWIFTARC CAPITAL Morgan Stanley



**Fabian Urquijo**
President

P&G REVLON

[redacted]

# Swiftarc Ventures, LLC - Core Team Organizational Structure

## General Partners



**Frank Krasovec**
Co-Founder,
General Partner, &
Exec. Chairman



**Zohar Ziv**
Co-Founder,
General Partner



**Sid Jawahar**
Founder &
Managing Partner

[redacted]

## Core Team



**Sid Jawahar**
Founder &.
Managing Ptr.



**Fabian Urquijo**
President

[redacted]

** The team is currently searching for these two roles.*
*** Leslie Wolfson currently manages Swiftarc Beauty. Malik Sadiq will manage Swiftarc Food Acquisition Corp, a future Special Purpose Acquisition Company.*



#611.5

# Swiftarc Ventures LLC - Disclaimer

SWIFTARC

This presentation has been prepared solely for use by the prospective investors of Swiftarc and its Affiliates (the "Partnership") and shall be maintained in strict confidence. The recipient further agrees that the contents of this presentation are a trade secret, the disclosure of which is likely to cause substantial and irreparable competitive harm to the Partnership, its general partner and their respective affiliates. Any reproduction or distribution of this presentation, in whole or in part, or the disclosure of its contents, without the prior written consent of the Partnership is prohibited.

The information set forth herein does not purport to be complete and no obligation to update or otherwise revise such information is being assumed. Certain statements, projections or other estimates herein (including estimates of value, returns or performance) are forward-looking statements and are based upon certain assumptions. Other events that were not taken into account may occur and may significantly affect the analysis. Any assumptions should not be construed to be indicative of the actual events that will occur.

The limited partnership interests in the Partnership have not been registered under the Securities Act of 1933, as amended, or under any applicable state securities laws, nor have such limited partnership interests been approved or disapproved by the united states securities and exchange commission (the "SEC") or the securities regulatory authority of any state. Neither the SEC nor any commissioner or any such state authority has passed upon the accuracy or adequacy of this presentation, and any representation to the contrary is unlawful. This presentation does not constitute an offer to sell or a solicitation of interest to purchase any securities or investment advisory services in any state or in any other jurisdiction in which such offer or solicitation is not authorized.

The Partnership is a high-risk investment vehicle which is available only to qualified individuals or entities that are willing to assume above average risk and limited liquidity with a portion of their net worth. There can be no guarantee that the Partnership's investment objectives will be achieved and the entire loss of principal may occur. Each prospective investor in the Partnership will be required to execute a limited partnership agreement and subscription agreement to effect an investment in the Partnership.

SWIFTARC

VENTURES

801 Brickell Avenue, #709
Miami, FL 33131

1 World Trade Center, 85th Floor
New York, NY 10007