# EXHIBIT 7

SWIFTARC
VENTURES

**Dear Swiftarc Ventures Partners & Stakeholders,**

On behalf of the collective Swiftarc Ventures, it's General Partners and Management, we want to first and foremost thank you for your ongoing confidence in our ability to invest your capital wisely and productively. As an experienced and qualified investor, you are likely aware of the challenges that surround the business of investing capital while also building a Firm that can support its growth. At times, this delicate balance can also create challenging business circumstances. As we have grown, thanks to your confidence in us, we too have had ours – in connection with a former business wind-down. We would like to take this opportunity to address a recent situation that prompted a negotiated order reached with the Texas State Securities Board (TSSB) and a previous business entity which had been in wind-down mode, titled Swiftarc Capital.

First and foremost, we want to be clear in our communication that Swiftarc Capital is and was entirely separate from Swiftarc Ventures. Swiftarc Ventures, its shareholders, and employees have a commitment to the highest legal, ethical, and moral standards. We take our fiduciary duty and responsibility to safeguard our stakeholders' rights and interests seriously, and to promote, *among all other things,* honest and ethical conduct ensuring that our business is conducted in a consistently ethical and compliant manner.

In this disappointing situation which precedes Swiftarc Ventures, the management of that fund recognized the magnitude of the breach and parted ways with a former employee in 2019 and began the systematic wind down of that business entirely. Yet, there were mistakes made in oversight related to this issue and responsibility had to be taken for some of those prior issues to cleanly move on completely. This former entity's winding down journey, which started in 2019, has included challenges of valuation, timing, liquidity and disclosure had eventually led to the negotiations with the TSSB to settle the matter once for all. And as part of these negotiations, we agreed to wait for the TSSB to revoke registration of the previous entity versus to voluntary deregister it which is what was being initially pursued as part of the wind down. This marks the close of that chapter.

In addition to recapping any relevant fast facts, we are available to answer any questions you may have regarding this matter. Complete Transparency is of the utmost importance to us, and it is in that interest that we are presenting the following details for clarity:

- We deny wrongdoing *but* for the unethical actions of a former employee who went outside their mandate and landed us in the situation of an illiquid position and holding.
- Ultimately, we felt it was in the best interest of our stakeholders, investors, mission and employees that we settle this matter with the regulator once and for all to move forward unhinged and in a compliant manner.
- That Swiftarc Ventures itself is in no way, shape or form named or connected to this matter, is a matter of fact and the matter itself predates even its very launch.

**Compliance Remedies & Improved Oversight Protocols**

- A highly respected Compliance Governance Firm was engaged to provide ongoing compliance and oversight support and set the strongest possible controls in every operational element of Swiftarc's ongoing operations. This included a comprehensive audit of gaps, missing controls and best practices needed.

- The Firm has implemented these recommendations and will be appointing a head of compliance at scale. The urgency and attention the management is giving this area of the business cannot be overstated.

- A special Governance Committee has been tasked with Compliance as its main mandate and a Crisis Management Team was formed to deal with every aspect of this incident to ensure smooth business continuity, presently and in the future.

We believe this entire unfortunate episode and its unraveling has made the Firm stronger for the long run. The trust you place in us and the effort with which we conduct our business go hand in hand. The Firm's Management and Partnership can be reached via InvestorRelations@SwiftarcVentures.com for any further questions or clarifications.

Respectfully,
*Investor Relations,* Swiftarc Ventures

***Disclosure***

*This letter is a communication response from Swiftarc Ventures, LLC ("Swiftarc") to current investors in the fund(s) it manages and is not intended for public consumption and is meant to be kept confidential. Certain information contained herein may have been obtained from third-party sources, including from portfolio companies of funds managed by Swiftarc. Swiftarc believes that the information provided is reliable but has not independently verified the non-material information and makes no representations about the enduring accuracy of the information or its appropriateness for a given situation. Charts and graphs provided within are for informational purposes solely and should not be relied upon when making any investment decision. Any projections, estimates, forecasts, targets, prospects, and/or opinions expressed in this letter are subject to change without notice and may differ or be contrary to opinions expressed by others.*

*The content is provided for informational purposes only and should not be relied upon as the basis for an investment decision, and is not, and should not be assumed to be, complete. The contents herein are not to be construed as legal, business, or tax advice. You should consult your own advisors for those matters. References to any securities or assets are for illustrative purposes only, and do not constitute an investment recommendation or offer to provide investment advisory services. Any investments in assets or portfolio companies mentioned, referred to, or described are not representative of all investments in vehicles managed by Swiftarc, and there can be no assurance that the investments will be profitable or that other investments made in the future will have similar characteristics or results.*

*This letter does not constitute investment advice or an offer to sell or a solicitation of an offer to purchase any limited partner interests in any investment vehicle managed by Swiftarc. An offer or solicitation of an investment in any Swiftarc investment vehicle will only be made pursuant to an offering memorandum, limited partnership agreement and subscription documents, and only the information in such documents should be relied upon when deciding to invest. Past performance does not guarantee future results. There can be no guarantee that any Swiftarc investment vehicle's investment objectives will be achieved, and the investment results may vary substantially from year to year or even from month to month. As a result, an investor could lose all or a substantial amount of its investment. Investments or products referenced in this letter may not be suitable for you or any other party.*

*Private & Confidential. Intended for Internal Stakeholder Distribution Only. All Rights Reserved.*