# EXHIBIT 8

**From:** **Frank Krasovec** frank@norwoodinvestments.com
**Subject:** Re: Swiftarc Discussion
**Date:** July 14, 2022 at 11:17 PM
**To:** [redacted]@swiftarcventures.com

---

[redacted].I am assuming my 10 am MT call will have ended. If not I will call you shortly thereafter. Frank

Sent via the Samsung Galaxy Z Flip3 5G, an AT&T 5G smartphone
Get [Outlook for Android]

---

**From:** [redacted]@swiftarcventures.com>
**Sent:** Thursday, July 14, 2022 7:55:31 PM
**To:** Frank Krasovec <frank@norwoodinvestments.com>
**Subject:** RE: Swiftarc Discussion

Hi Frank,

Tomorrow noon MT time works great. Lets call it 2pm EST? Please confirm if that works and I will give you a call on your cell. Thanks again.

Have a good evening,

[redacted]

[redacted]
*Associate, Office of the CEO*

**Swiftarc Ventures**
One World Trade Center, Suite 8500
New York, NY 10006
Cell: [redacted]
[redacted]@SwiftarcVentures.com

---

**From:** Frank Krasovec
**Sent:** Thursday, July 14, 2022 8:05 PM
**To:** [redacted]
**Subject:** RE: Swiftarc Discussion

HI [redacted]…I have been with Sid the last four days and we are aligned with reporting and our fundraising and investment strategy for the balance of this year and into most of next year.

I should be free after noon MT tomorrow. Does this work for you? Frank

---

**From:** [redacted]@swiftarcventures.com>
**Sent:** Thursday, July 14, 2022 9:22 AM
**To:** Frank Krasovec <frank@norwoodinvestments.com>
**Subject:** RE: Swiftarc Discussion

Good Morning Frank,

Hope all is well. I just wanted to check in with you to see how things are progressing following our conversation. It is my understanding we were to speak again in a day or so following our initial discussion on Monday. Please let me know next steps and/or if you'd prefer to get on another call. Looking forward to continuing the conversation.

Kind Regards,

[redacted]

[redacted]
*Associate, Office of the CEO*

**Swiftarc Ventures**
One World Trade Center, Suite 8500
New York, NY 10006
Cell: [redacted]
[redacted]@SwiftarcVentures.com

---

**From:** Frank Krasovec
**Sent:** Friday, July 8, 2022 5:22 PM
**To:** [redacted]
**Subject:** RE: Swiftarc Discussion

Hi [redacted]….thanks for your email and concerns. I have a few questions and then comments.

Is Mr. Haraway only in Labs and if so is he fully funded. Also, when was the K-1 due for Labs.

I was aware of the TSSB; they interviewed an investor I introduced to Swiftarc. He and I have visited openly and we are trying to get this resolved.

Sid and I plan to meet in the next few days to review what you outlined and how to get K-1's etc., TSSB resolved,, and reporting back to normal.

I will call or email you Monday once I have more information.

Thank you again for your concerns.  Frank

---

**From:** [redacted] [redacted]@swiftarcventures.com>
**Sent:** Friday, July 8, 2022 10:00 AM
**To:** Frank Krasovec <frank@norwoodinvestments.com>
**Subject:** Swiftarc Discussion
**Importance:** High

Good Morning Frank,

I hope this email finds you well and in good health.  Sorry to hear you have been under the weather and hope you are finally on the mend!

I wanted to reach out to you in regards to all that is going on pertaining to Swiftarc to hear your thoughts and guidance on the situation.  I know we haven't had many touch points through the years but I wanted to schedule a time to chat with you.

I'm not sure if you are aware, but I brought in an investor, Mr. Hardaway, to Ventures Labs with a total commitment that has been funded to date of $1.1M.  When the news broke to the public of Sid's

involvement with the TSSB, I respectfully requested a full accounting of Mr. Hardaway's funds into Labs the first week of June. I have yet to receive this requested report from Sid and Fabian and have been met with significant hesitation, reluctance, and excuses as to why I haven't received this information from both. On top of that, we have not received proper reporting (K1s) on Labs since beginning of time and TrustServe, our Fund Admin, has paused all efforts with Swiftarc given what is going on. Both Sid and Fabian have been extremely uncomfortable speaking with me in regards to this matter, which as you can imagine, automatically makes people think the worst.

I wanted to circle up with you to get some guidance and hear your thoughts on all. I want to make sure you are aware of what is going on behind the scenes here and see if you had any helpful insight to provide.

I very much look forward to speaking with you soon. My schedule is wide open today if you have the time and will be available at your convenience.

Kind Regards,

[redacted]

[redacted]
*Associate, Office of the CEO*

**Swiftarc Ventures**
One World Trade Center, Suite 8500
New York, NY 10006
Cell: [redacted]
[redacted]@SwiftarcVentures.com